**ICON HEALTH & FITNESS, INC., Appellant,**

v.

**JOHNSON HEALTH TECH CO. LTD., Johnson Health Tech North America, Inc., Appellees.**

No. 2015–2027.

United States Court of Appeals, Federal Circuit.

May 5, 2016.

Robert Parrish Freeman, Jr., Maschoff Brennan Laycock Gilmore Israelsen & Wright PLLC, Salt Lake City, UT, argued for appellant. Also represented by Larry Laycock, Mark W. Ford.

John C. Scheller, Michael Best & Friedrich, LLP, Madison, WI, argued for appellees. Also represented by Andrew Dufresne; Kevin Moran, Waukesha, WI.

DYK, MOORE, and HUGHES, Circuit, Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**